IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Eric R. Wilson,                              :

        Petitioner                  :   Civil Action 2:12-cv-368

  v.                                           :   Judge Economus

Warden, Ross Correctional            :   Magistrate Judge Abel
Institution,
                                             :
        Respondent.
                                             :

**OPINION AND ORDER**

On April 27, 2012, Petitioner Eric R. Wilson, an inmate incarcerated at the Ross Correctional Institution, filed this petition for a writ of habeas corpus challenging his conviction from the Court of Common Pleas of Cuyahoga County, Ohio. On May 1, 2012, the Magistrate Judge issued an initial screening report and recommendation, which granted Petitioner's motion for leave to proceed *in forma pauperis*. However, the Magistrate Judge recommended that this action be transferred to another venue:

> Cuyahoga County is within Ohio's northern federal judicial district. Because petitioner challenges the conviction of a state court within the Northern District of Ohio but is in custody in the Southern District of Ohio, both districts have concurrent jurisdiction over the action. 28 U.S.C. §2241(d).
>
> This Court has the discretion to transfer this action to the Northern District for hearing and determination. *Id*. A transfer to the Northern District is appropriate in this case because it is the more convenient forum and the evidence is more readily accessible in the district where

petitioner was convicted. *See, Bell v. Watkins*, 692 F.2d 999, 1013 (5th Cir. 1982), *cert. denied*, 464 U.S. 843 (1983); *see also, Braden v. 30th Judicial Circuit Court of Ky.*, 410 U.S. 484, 497 n.13 (1973).

(Doc. 2 at 1-2.)

Petitioner has filed no objection to the Report and Recommendation, and the deadline for doing so has now elapsed. Accordingly, the Report and Recommendation (Doc. 2) is **ADOPTED**. That this action should proceed in a more convenient forum, it is hereby **ORDERED** that this action be **TRANSFERRED** to the United States District Court for the Northern District of Ohio.

s/ Peter C. Economus<br>
PETER C. ECONOMUS<br>
United States District Judge